MARY P. McCURDY (SBN 116812)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendants
AIU INSURANCE COMPANY, AIG DOMESTIC CLAIMS, INC.
successor in interest to AIG Technical Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A., <br><br> Plaintiffs, <br><br> v. <br><br> AIU INSURANCE COMPANY, AIG TECHNICAL SERVICES, INC., and DOES 1-50, <br><br> Defendants. | **CASE NO.: C 07-4638 JL** <br><br> **PROOF OF SERVICE** |

24636

- 1 -

**PROOF OF SERVICE**

**PROOF OF SERVICE**
*Bank of America N.A. v. AIU Insurance Company, AIG Technical Services, Inc., and Does 1-50*
United States District Court for the Northern District of California
Case No. C 07-4638 JL

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**See attached list of documents**

Addressed to the following recipients:

Franklin Dean Thomas, Esq.
Hines & Thomas
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA 94104
Phone (415) 981-2623
**(Attorneys for *Plaintiff*)**

_____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 13, 2007, at Menlo Park, California

Lena S. Nielsen

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

24636

- 2 -
PROOF OF SERVICE

1. **ECF REGISTRATION INFORMATION HANDOUT**
2. **PUBLIC NOTICE**
3. **ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
4. **NOTICES**
5. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF CASE MANAGEMENT STATEMENT**
6. 
7. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE FOR TRIAL**
8. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
9. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
10. 
11. **U.S. DISTRICT COURT GUIDELINES**

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

24636

- 3 -

**PROOF OF SERVICE**