UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A.<br><br>Plaintiff(s),<br>v.<br>AIU INSURANCE COMPANY, AIG TECHNICAL SERVICES, INC., and DOES 1 - 50.<br>Defendant(s). | No. C 07-4638 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9-17-07

Signature _Ken Melendy_

Counsel for AIU Insurance Company
(Plaintiff, Defendant, or indicate "pro se")