JEFFREY KAUFMAN (SBN 48095)
PAULETTE DONSAVAGE (SBN 158681)
KAUFMAN & LOGAN LLP
100 Spear Street, 12th Floor
San Francisco, CA  94105
Telephone:  (415) 247-8300
Facsimile:  (415) 247-8310
Email:  jkaufman@kllaw.com
          pdonsavage@kllaw.com

FRANKLIN DEAN THOMAS, ESQ. (SBN 67796)
HINES & THOMAS
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 981-2623
Facsimile:  (415) 981-4004
Email:  fdt@hinesthomas.com

Attorneys for Plaintiff
BANK OF AMERICA N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A., | No. C 07-04638 JSW |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| AIU INSURANCE COMPANY, AIG TECHNICAL SERVICES, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that plaintiff Bank of America and its attorney of record, Hines & Thomas, hereby associates in as co-counsel of record the law firm of Kaufman & Logan LLP in this action.

1

1    Please include Kaufman & Logan on all pleadings, correspondence, etc. at the following

2  address:

3

4

5                      Jeffrey Kaufman (SBN 48095)
                       Paulette Donsavage (SBN 158681)

6                      KAUFMAN & LOGAN LLP
                       100 Spear Street, 12th Floor

7                      San Francisco, CA  94105
                       Telephone:  (415) 247-8300

8                      Facsimile:   (415) 247-8310

9  DATED:  October 10, 2007                    HINES & THOMAS

10

11                                       By: _____

12                                           Franklin Dean Thomas
                                             Attorneys for Plaintiff

13

14  I accept the above association.

15  DATED:  October 10, 2007                   KAUFMAN & LOGAN LLP

16

17                                       By: _____

18                                           Jeffrey Kaufman
                                             Attorneys for Plaintiff

19

20

21

22

23

24  G:\Clients\1526\007\Notice of Association of Counsel.DOC

25

26

27

28

-2-
NOTICE OF ASSOCIATION OF COUNSEL

**CERTIFICATE OF SERVICE**

I, Damyta Jones, declare:

I am over the age of eighteen (18) years, am not a party to this action, and am employed in the County of San Francisco at 100 Spear Street, 12ᵗʰ Floor, San Francisco, CA 94105.

On October 19, 2007, following ordinary business practices, I caused service of the following documents:

NOTICE OF ASSOCIATION OF COUNSEL

and this proof of service to be completed by:

_____ Hand delivery to:

__X__ Regular U.S. Mail. I am readily familiar with Kaufman & Logan's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence was deposited with the United States Postal Service on the day on which it is collected at Kaufman & Logan and that the envelope was sealed and deposited in the mail with the postage thereon fully prepaid addressed to the following party[ies]:

Kevin G. McCurdy, Esq.
Christina Marie Lavanier
**McCurdy & Fuller LLP**
4300 Marsh Road, Suite 240
Menlo Park, CA 94025
650-618-3500
650-618-3599 FAX
kevin.mccurdy@mccurdylawyers.com
christina.lavanier@mccurdylawyers.com

Franklin Dean Thomas, Esq.
**Hines & Thomas**
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA 94104
(415) 981-2623
(415) 981-4904 FAX
fdt@hinesthomas.com

_____ By Express Mail, Federal Express or other overnight delivery service by depositing the documents in accordance with CCP § 1013:                    .

_____ By facsimile, E-Mail or telecopier with original to follow by U.S. Mail, Federal Express, Express Mail, or other overnight courier as applicable:

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: October 19, 2007

Damyta Jones