1  JEFFREY KAUFMAN (SBN 48095)
   PAULETTE DONSAVAGE (SBN 158681)
2  KAUFMAN & LOGAN LLP
   100 Spear Street, 12th Floor
3  San Francisco, CA 94105
   Telephone: (415) 247-8300
4  Facsimile: (415) 247-8310
   Email: jkaufman@kllaw.com
5         pdonsavage@kllaw.com

6  FRANKLIN DEAN THOMAS, ESQ. (SBN 67796)
   HINES & THOMAS
7  Russ Building, Suite 835
   235 Montgomery Street
8  San Francisco, CA 94104
   Telephone: (415) 981-2623
9  Facsimile: (415) 981-4004
   Email: fdt@hinesthomas.com
10
   Attorneys for Plaintiff
11 BANK OF AMERICA N.A.

12                    UNITED STATES DISTRICT COURT
13
14                    NORTHERN DISTRICT OF CALIFORNIA
15

16 | BANK OF AMERICA N.A.,                    | No. C 07-04638 JSW |
17 |          Plaintiff,                       | **NOTICE OF APPEARANCE OF JEFFREY KAUFMAN** |
18 |     vs.                                   | |
19 | AIU INSURANCE COMPANY, AIG                | |
   | TECHNICAL SERVICES, INC. and              | |
20 | DOES 1 through 50, inclusive,             | |
21 |          Defendants.                      | |

22

23         PLEASE TAKE NOTICE that Jeffrey Kaufman of Kaufman & Logan LLP will be
24 appearing in this matter.
25

26 DATED: October 23, 2007              KAUFMAN & LOGAN LLP

27                                      By:    /s/ Jeffrey Kaufman

28
   G:\Clients\1526\007\Pldgs\JK-Notice of Appearance.doc

---

NOTICE OF APPEARANCE OF JEFFREY KAUFMAN

# CERTIFICATE OF SERVICE

I, Donna Cross, declare:

I am over the age of eighteen (18) years, am not a party to this action, and am employed in the County of San Francisco at 100 Spear Street, 12th Floor, San Francisco, CA 94105.

On October 23, 2007, following ordinary business practices, I caused service of the following document:

**NOTICE OF APPEARANCE OF JEFFREY KAUFMAN**

and this proof of service to be completed by:

_____ Hand delivery to:

__X__ Regular U.S. Mail. I am readily familiar with Kaufman & Logan's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence was deposited with the United States Postal Service on the day on which it is collected at Kaufman & Logan and that the envelope was sealed and deposited in the mail with the postage thereon fully prepaid addressed to the following party[ies]:

| Kevin G. McCurdy, Esq.<br>Christina Marie Lavanier, Esq.<br>**McCurdy & Fuller LLP**<br>4300 Marsh Road, Suite 240<br>Menlo Park, CA 94025<br>650-618-3500<br>650-618-3599 FAX<br>kevin.mccurdy@mccurdylawyers.com<br>christina.lavanier@mccurdylawyers.com | Franklin Dean Thomas, Esq.<br>**Hines & Thomas**<br>Russ Building, Suite 835<br>235 Montgomery Street<br>San Francisco, CA 94104<br>(415) 981-2623<br>(415) 981-4904 FAX<br>fdt@hinesthomas.com |
|---|---|

_____ By Express Mail, Federal Express or other overnight delivery service by depositing the documents in accordance with CCP § 1013:

__X__ By facsimile, E-Mail or telecopier with original to follow by U.S. Mail, Federal Express, Express Mail, or other overnight courier as applicable:

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: October 23, 2007                                                  /s/ Donna Cross

G:\Clients\1526\007\Pldgs\JK-Notice of Appearance.doc