1  JEFFREY KAUFMAN (SBN 48095)
   KAUFMAN & LOGAN LLP
2  100 Spear Street, 12th Floor
   San Francisco, CA 94105
3  Telephone: (415) 247-8300
   Facsimile: (415) 247-8310
4
   FRANKLIN DEAN THOMAS, ESQ. (SBN 67796)
5  HINES & THOMAS
   Russ Building, Suite 835
6  235 Montgomery Street
   San Francisco, CA 94104
7  Telephone: (415) 981-2623
   Facsimile: (415) 981-4004
8
   Attorneys for Plaintiff
9  Bank of America N.A.

10

11              UNITED STATES DISTRICT COURT

12

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 | BANK OF AMERICA N.A.,                  | No. C 07-04638 JSW
16 |                    Plaintiff,          | **CERTIFICATE OF SERVICE**
17 |     vs.                                |
18 | AIU INSURANCE COMPANY, AIG             |
   | TECHNICAL SERVICES, INC. and           |
19 | DOES 1 through 50, inclusive,          |
20 |                    Defendants.         |

21
22
23
24
25
26
27
28

---

# CERTIFICATE OF SERVICE

I, Damyta Jones, declare:

I am over the age of eighteen (18) years, am not a party to this action, and am employed in the County of San Francisco at 100 Spear Street, 12th Floor, San Francisco, CA 94105.

On November 8, 2007, following ordinary business practices, I caused service of the following documents:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

and this proof of service to be completed by:

\_\_\_\_\_Hand delivery to:

\_\_\_\_\_ Regular U.S. Mail. I am readily familiar with Kaufman & Logan's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence was deposited with the United States Postal Service on the day on which it is collected at Kaufman & Logan and that the envelope was sealed and deposited in the mail with the postage thereon fully prepaid addressed to the following party[ies]:

\_\_\_\_\_ By Express Mail, Federal Express or other overnight delivery service by depositing the documents in accordance with CCP § 1013:

\_\_X\_\_ By E-Mail with original to follow by U.S. Mail, Federal Express, Express Mail, or other overnight courier as applicable:

Kevin G. McCurdy, Esq.
Christina Marie Lavanier
**McCurdy & Fuller LLP**
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
650-618-3500
650-618-3599 FAX
kevin.mccurdy@mccurdylawyers.com
christina.lavanier@mccurdylawyers.com

Franklin Dean Thomas, Esq.
**Hines & Thomas**
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA 94104
(415) 981-2623
(415) 981-4904  FAX
fdt@hinesthomas.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: November 8, 2007

_Damyta Jones_ (signature)
Damyta Jones