KEVIN G. McCURDY (SBN 115083)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
christina.lavanier@mccurdylawyers.com

Attorneys for Defendants
AIU INSURANCE COMPANY and AIG DOMESTIC CLAIMS, INC.,
successor in interest to AIG Technical Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BANK OF AMERICA N.A., | Case No. C 07-04638JSW |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATION OF INTERESTED ENTITIES |
| AIU INSURANCE COMPANY, AIG TECHNICAL SERVICES, INC., and DOES 1 through 50, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

Bank of America N.A..

AIU Insurance Company

AIG Domestic Claims, Inc.

American International Group, Inc. (parent of AIU Insurance Company and AIG Domestic Claims, Inc.)

///

///

///

///

25597

- 1 -
**CERTIFICATION OF INTERESTED ENTITIES**

1  Dated: November 9, 2007                McCURDY & FULLER LLP

                                          _____
                                          KEVIN G. McCURDY
                                          Attorneys for Defendant
                                          AIU Insurance Company and AIG Domestic
                                          Claims, Inc., successor in interest to AIG
                                          Technical Services, Inc.

25597

- 2 -

**CERTIFICATION OF INTERESTED ENTITIES**

## PROOF OF SERVICE
*Bank of America N.A. v. AIU Insurance Company, AIG Technical Services, Inc., and Does 1-50*
United States District Court for the Northern District of California
Case No. C 07-4638 JSW

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**CERTIFICATION OF INTERESTED ENTITIES**

Addressed to the following recipients:

| | |
|---|---|
| Franklin Dean Thomas, Esq.<br>Hines & Thomas<br>Russ Building, Suite 835<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Fax: (415) 981-4004<br>*(Attorneys for Plaintiff)* | Jeffrey Kaufman, Esq.<br>Paulette Donsavage, Esq.<br>Kaufman & Logan LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105<br>Fax: (415) 247-8310<br>*(Attorneys for Plaintiff)* |

\_\_\_\_\_ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

\_\_\_\_\_ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 13, 2007, at Menlo Park, California

*/s/ Lena S. Nielsen*
Lena S. Nielsen

25378

- 2 -