JEFFREY KAUFMAN (SBN 48095)
KAUFMAN & LOGAN LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
Telephone: (415) 247-8300
Facsimile: (415) 247-8310

FRANKLIN DEAN THOMAS, ESQ. (SBN 67796)
HINES & THOMAS
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 981-2623
Facsimile: (415) 981-4004

Attorneys for Plaintiff
Bank of America N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AIU INSURANCE COMPANY, AIG TECHNICAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | No. C 07-04638 JSW<br><br>BANK OF AMERICA N.A.'S CERTIFICATION OF INTERESTED ENTITIES |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties and the entitites identified in AIU Insurance Company's Certification of Interested Entities,
3  there is no such interest to report.

Date: 11-29-07

*Paulette Donsavage*
Paulette Donsavage
Counsel for Bank of America

# CERTIFICATE OF SERVICE

I, Damyta Jones, declare:

I am over the age of eighteen (18) years, am not a party to this action, and am employed in the County of San Francisco at 100 Spear Street, 12th Floor, San Francisco, CA 94105.

On November 29, 2007, following ordinary business practices, I caused service of the following documents:

BANK OF AMERICA N.A.'S CERTIFICATION OF INTERESTED ENTITIES

and this proof of service to be completed by:

_____ Hand delivery to:

_____ Regular U.S. Mail. I am readily familiar with Kaufman & Logan's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence was deposited with the United States Postal Service on the day on which it is collected at Kaufman & Logan and that the envelope was sealed and deposited in the mail with the postage thereon fully prepaid addressed to the following party[ies]:

_____ By Express Mail, Federal Express or other overnight delivery service by depositing the documents in accordance with CCP § 1013:

__X__ By E-Mail with original to follow by U.S. Mail, Federal Express, Express Mail, or other overnight courier as applicable:

Kevin G. McCurdy, Esq.
Christina Marie Lavanier
**McCurdy & Fuller LLP**
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
650-618-3500
650-618-3599 FAX
kevin.mccurdy@mccurdylawyers.com
christina.lavanier@mccurdylawyers.com

Franklin Dean Thomas, Esq.
**Hines & Thomas**
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA 94104
(415) 981-2623
(415) 981-4904 FAX
fdt@hinesthomas.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: November 29, 2007

_____
Damyta Jones