IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: December 14, 2007            **Court Reporter**: Margo Gurule

**CASE NO. C-07-4638  JSW**

**TITLE:** Bank of America v. AIU Insurance Co.

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Jeffrey Kaufman                        Kevin McCurdy
Franklin Thomas

**PROCEEDINGS:**  Initial Case Management Conference

**RESULTS:**  Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 12-21-07.

Counsel shall submit a stipulation re: dismissal of AIG Tech by 1-4-08.

ADR:  The parties are referred to court-connected mediation to be complete by 3-14-08.

Close of fact discovery:  8-25-08

Last day for expert disclosure:  9-9-08

Close of expert discovery:  10-8-08

Hearing on dispositive motions (if any):  11-7-8 at 9:00 a.m.

Pretrial Conference:  1-20-09 at 2:00 p.m.

Jury Trial:  2-9-09 at 8:30 a.m.  (4 - 5 days)

**REFERRALS:**

[X] **Case referred to ADR for court-connected mediation to be completed by 3-14-08**.

**cc:**  ADR