1  KEVIN G. McCURDY (SBN 115083)
   CHRISTINA M. LAVANIER (SBN 233335)
2  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, CA 94025
   Telephone:  (650) 618-3500
4  Facsimile:  (650) 618-3599
   E-mail: kevin.mccurdy@mccurdylawyers.com
5          christina.lavanier@mccurdylawyers.com

6  Attorneys for Defendants
   AIU INSURANCE COMPANY and AIG DOMESTIC CLAIMS, INC.,
7  successor in interest to AIG Technical Services, Inc.

8

                **UNITED STATES DISTRICT COURT**

9

                **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | BANK OF AMERICA N.A.,            | Case No. C 07-04638JSW |

                Plaintiff,

12                                     **DECLINATION TO PROCEED**
        v.                            **BEFORE MAGISTRATE JUDGE**

13

14 AIU INSURANCE COMPANY, AIG TECHNICAL
   SERVICES, INC., and DOES 1 through 50,

15     Defendants.

16

17     The parties to this matter decline to proceed before a magistrate judge.

18

19 Dated: December 21 , 2007

                                      _____
20                                    PAULETTE DONSAVAGE
                                      Attorney for Plaintiff
21                                    Bank of America, N.A.

22

23 Dated: December 21 , 2007

                                      _____
24                                    KEVIN G. McCURDY
                                      Attorney for Defendant
25                                    AIU Insurance Company and AIG Domestic
                                      Claims, Inc.

26

27

28

26233                          - 1 -
          **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE**

*Sidebar:* McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500