1  JEFFREY KAUFMAN (SBN 48095)
   KAUFMAN & LOGAN LLP
2  100 Spear Street, 12th Floor
   San Francisco, CA  94105
3  Telephone:  (415) 247-8300
   Facsimile:   (415) 247-8310
4
   FRANKLIN DEAN THOMAS, ESQ. (SBN 67796)
5  HINES & THOMAS
   Russ Building, Suite 835
6  235 Montgomery Street
   San Francisco, CA  94104
7  Telephone: (415) 981-2623
   Facsimile: (415) 981-4004
8
   Attorneys for Plaintiff
9  Bank of America N.A.

10

11                    UNITED STATES DISTRICT COURT

12

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15  BANK OF AMERICA N.A.,                    No. C 07-04638 JSW

16                      Plaintiff,      **STIPULATION RE AGENCY
                                        RELATIONSHIP BETWEEN AIG**
17          vs.                         **TECHNICAL SERVICES, INC. AND AIU
                                        INSURANCE COMPANY**
18  AIU INSURANCE COMPANY, AIG
    TECHNICAL SERVICES, INC. and
19  DOES 1 through 50, inclusive,

20                      Defendants.

21

22

23

24

25

26

27

28

1    WHEREAS, Bank of America NA ("Bank of America") sued AIU Insurance Company (AIU)

2  and AIG Technical Services, Inc. ("AIG Tech") in the above captioned action ("this action");

3    WHEREAS, AIG Domestic Claims, Inc, ("AIG Domestic Claims") as successor to AIG Tech,

4  answered the complaint;

5    WHEREAS, AIG Domestic Claims, Inc., through its counsel, requested Bank of America

6  dismiss AIG Tech; and

7    WHEREAS, Bank of America is willing to dismiss AIG Tech without prejudice in exchange

8  for the commitments made in this stipulation;

9    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, BY AND BETWEEN THEIR

10  RESPECTIVE COUNSEL, AS FOLLOWS:

11    1.    AIG Tech was the authorized claims representative for AIU with respect to

12            Bank of America's claim for coverage for the action entitled *Sandoval/*

13            *Gonzalez  v. Bank of American and American Protective Services,* San Diego

14            County Superior Court Case No. 725537 under AIU policy number BE 932-

15            53-47.  This fact shall be deemed established in this action.  This stipulation

16            shall be admissible to prove such fact, subject to AIU's right to object to the

17            admission of such fact on the basis of relevance.

18    2.    AIU will not withhold any documents from production which are responsive to

19            document requests propounded on AIU, and/or as part of AIU's initial

20            disclosures on the ground that they are within the care, custody and control of

21            AIG Tech and/or AIG Domestic Claims, and not within the care, custody and

22            control of AIU.

23    3.    AIU will not require Bank of America to subpoena documents or witnesses

24            from AIG Tech and/or AIG Domestic Claims.  If Bank of America desires to

25            serve a subpoena for deposition of a witness from AIG Tech and/or AIG

26            Domestic Claims who is a current employee of AIG Domestic Claims, Kevin

27            McCurdy, counsel for AIU, agrees to accept service by mail or electronic mail

28            of such a subpoena on behalf of AIG Tech and/or AIG Domestic Claims.

STIPULATION RE AGENCY RELATIONSHIP BETWEEN AIG TECHNICAL SERVICES, INC. AND AIU INSURANCE
COMPANY

4.      The agreements in paragraphs (2) and (3) above are made subject to AIU's right to assert objections to any subpoena on grounds other than that the documents are within the care, custody or control of AIG Tech and/or AIG Domestic Claims, and not within the care, custody and control of AIU.

5.      In exchange for the above commitments from AIU, Bank of America will dismiss without prejudice AIG Tech from this action.

So Stipulated.

Date: 1-4-08

Paulette Donsavage
Counsel for Bank of America

Date: 1-4-08

Kevin McCurdy
Counsel for AIU Insurance Company and
AIG Domestic Claims, Inc., as successor
to AIG Technical Services, Inc.

G:\Clients\1526\007\stipulation re agency-rev5 -- modified.DOC

-3-

STIPULATION RE AGENCY RELATIONSHIP BETWEEN AIG TECHNICAL SERVICES, INC. AND AIU INSURANCE
COMPANY