# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bank of America N.A.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>AIU Insurance Company,<br><br>            Defendant(s). | 07-04638 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Jacqueline Scott Corley**
> Law Clerk to the Hon. Charles R. Breyer
> US District Court, NDCA
> 450 Golden Gate Ave.
> San Francisco, CA 94102
> 415-522-3187

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04638 JSW MED                    - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: January 7, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov