1  JEFFREY KAUFMAN (SBN 48095)
   KAUFMAN & LOGAN LLP
2  100 Spear Street, 12th Floor
   San Francisco, CA 94105
3  Telephone: (415) 247-8300
   Facsimile: (415) 247-8310
4
   FRANKLIN DEAN THOMAS, ESQ. (SBN 67796)
5  HINES & THOMAS
   Russ Building, Suite 835
6  235 Montgomery Street
   San Francisco, CA 94104
7  Telephone: (415) 981-2623
   Facsimile: (415) 981-4004
8
   Attorneys for Plaintiff
9  Bank of America N.A.

10

11                          UNITED STATES DISTRICT COURT

12

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15 BANK OF AMERICA N.A.,                    No. C 07-04638 JSW
                                            ORDER DENYING REQUEST TO CONTINUE
16                  Plaintiff,              [PROPOSED] ORDER CONTINUING DATE
                                            FOR COMPLETION OF MEDIATION
17       vs.

18 AIU INSURANCE COMPANY, AIG
   TECHNICAL SERVICES, INC. and
19 DOES 1 through 50, inclusive,

20                  Defendants.

21

22

23

24

25

26

27

28

1  ~~The date by which the parties are to complete court-connected mediation is continued to April 4, 2008.~~
2    The Court DENIES the request to continue the date to complete mediation.

So ordered.

Date: February 26, 2008

_____
Judge Jeffrey S. White

-2-

~~[PROPOSED] ORDER CONTINUING DATE FOR COMPLETION OF MEDIATION~~