# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bank of America N.A., | No. C 07-04638 JSW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| AIU Insurance Company, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __March 3, 2008__

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____
   ☑ phone discussions expected by (date) __3/24/08__
   ☐ no        Case settled on 3/24/08

4. IS THIS ADR PROCESS COMPLETED?   ☑ YES   ☐ NO

Dated: __3.24.2008__        _Jacqueline Scott Corley_
Mediator, Jacqueline Scott Corley
Law Clerk to the Hon. Charles R. Breyer
US District Court, NDCA
450 Golden Gate Ave.
San Francisco, CA 94102

**Certification of ADR Session**
07-04638 JSW MED