JEFFREY KAUFMAN (SBN 48095)
KAUFMAN & LOGAN LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
Telephone: (415) 247-8300
Facsimile: (415) 247-8310

FRANKLIN DEAN THOMAS, ESQ. (SBN 67796)
HINES & THOMAS
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 981-2623
Facsimile: (415) 981-4004

Attorneys for Plaintiff
Bank of America N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AIU INSURANCE COMPANY, AIG TECHNICAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. C 07-04638 JSW<br><br>STIPULATION OF DISMISSAL |

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant AIU Insurance Company and AIG Domestic Claims Inc., as successor to AIG Technical Services, Inc. are dismissed with prejudice from the above-captioned action pursuant to the parties' Settlement Agreement and Release.

Date: ~~May~~ June 17, 2008

_____
Jeffrey Kaufman
Counsel for Bank of America

Date: May 23, 2008

_____
Kevin McCurdy
Counsel for AIU Insurance Company and
AIG Domestic Claims, Inc., as successor
to AIG Technical Services, Inc.

\\Jeff-xp2\E\gdrive\Clients\1526\007\stipulation for dismissal of AIU.DOC

**CERTIFICATE OF SERVICE**

I, Damyta Jones, declare:

I am over the age of eighteen (18) years, am not a party to this action, and am employed in the County of San Francisco at 100 Spear Street, 12th Floor, San Francisco, CA 94105.

On June 18, 2008, following ordinary business practices, I caused service of the following documents:

STIPULATION OF DISMISSAL

and this proof of service to be completed by:

\_\_\_\_\_Hand delivery to:

\_\_\_\_\_ Regular U.S. Mail. I am readily familiar with Kaufman & Logan's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence was deposited with the United States Postal Service on the day on which it is collected at Kaufman & Logan and that the envelope was sealed and deposited in the mail with the postage thereon fully prepaid addressed to the following party[ies]:

\_\_\_\_\_ By Express Mail, Federal Express or other overnight delivery service by depositing the documents in accordance with CCP § 1013:

_X_ By E-Mail with original to follow by U.S. Mail, Federal Express, Express Mail, or other courier as applicable:

Kevin G. McCurdy, Esq.
Christina Marie Lavanier
**McCurdy & Fuller LLP**
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
650-618-3500
650-618-3599 FAX
kevin.mccurdy@mccurdylawyers.com
christina.lavanier@mccurdylawyers.com

Franklin Dean Thomas, Esq.
**Hines & Thomas**
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA 94104
(415) 981-2623
(415) 981-4904 FAX
fdt@hinesthomas.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: June 18, 2008

_/s/ Damyta Jones_
Damyta Jones